**Order filed December 20, 2016**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00811-CV

———————

### SHEILA SMITH, ET AL, Appellant

### V.

### DLJ MORTGAGE CAPITAL, INC., Appellee

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1082501**

## O R D E R

Appellant's brief was due November 28, 2016**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **January 20, 2017**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM